## STATE OF CONNECTICUT *v.* MICHAEL ATKINS

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 248 (AC 18693), is denied.

*Cameron Dorman,* special public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided May 31, 2000

## STATE OF CONNECTICUT *v.* MICHAEL SMITH

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 290 (AC 18260), is denied.

*William B. Westcott,* special public defender, in support of the petition.

Decided May 31, 2000

## BEVERLY L. GRIMM *v.* ROBERT L. GRIMM

The defendant's petition for certification for appeal from the Appellate Court (AC 20582) is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*John Wayne Fox,* in support of the petition.

Decided May 31, 2000